No. 318. Same v. Charles A. Ramsey Co. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George F. Hurd* and *Richard T. Green* for petitioners. *Messrs. Nathan Burkan, Emanuel Harris, Thos. G. Haight,* and *Sol A. Rosenblatt* for respondents. Reported below: 42 F. (2d) 152.

No. 319. Denver & Salt Lake Ry. Co. v. Lombardi. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Messrs. Elmer L. Brock, David W. Oyler,* and *E. R. Campbell* for petitioner. *Mr. Arthur B. Bouton* for respondent.

No. 102. Neustadt et al. v. Coline Oil Co. et al. See same case, *ante,* p. 799.

No. 159. Fleming v. Ohio. See same case, *ante,* p. 800.

No. 320. Blanchard v. United States. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George S. Atkinson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 321. Ripley et al. v. Sutherland, Alien Property Custodian et al. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. C. C. Calhoun, Walter C. Bal-*

derson, *M. Carter Hall*, and *Morton K. Yonts* for petitioners. Solicitor General *Thacher* and Messrs. *Claude R. Branch, J. Frank Staley, Thomas.E. Rhodes, Paul D. Miller, Charles Henry Butler, John A. Kratz, George L. Shearer*, and *McCready Sykes* for respondents.

No. 325. SCRIPPS, EXECUTRIX, *v.* SCRIPPS, EXECUTOR, ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. *Frank H. Shaffer, Jr., Nathan L. Miller, John Weld Peck, Charles A. Brodek*, and *John H. Perry* for petitioner. Mr. *Newton D. Baker* for respondents.

No. 326. MISSOURI PACIFIC R. Co. *v.* CHICAGO, ROCK ISLAND & PACIFIC RY. Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. *R. E. Wiley* and *Edward J. White* for petitioner. No appearance for respondent.

No. 328. LOUISIANA EX REL. BOARD OF SCHOOL DIRECTORS *v.* BROOKLYN COOPERAGE Co. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Louisiana denied. Mr. *Peyton R. Sandoz* for petitioner. Mr. *E. B. Dubuisson* for respondent.

No. 329. BRIDGEPORT IRRIGATION DISTRICT *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. *William Ritchie, Jr.*, for petitioner. Solici-